UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ARLEN LEE LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-992-RSL-BAT |
| | ) | |
| v. | ) | |
| | ) | |
| SKAGIT COUNTY JAIL, *et al.*, | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION TO EXTEND TIME |
| Defendants. | ) | |

This matter comes before the Court on plaintiff's motion to extend time. The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's motion to extend time (Dkt. No. 24) is STRICKEN. Plaintiff, by way of the instant motion, appears to be seeking additional time to file a response to defendants' answer to his amended civil rights complaint. However, a response to an answer to a civil complaint is not a proper pleading and is only permitted when specifically ordered by the Court. *See* Fed. R. Civ. P. 7(a). The Court sees no need for such a pleading in this action. Accordingly, plaintiff's request for additional time to file a response is moot.

ORDER DENYING PLAINTIFF'S
MOTION TO EXTEND TIME - 1

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Robert S. Lasnik.

DATED this 31st day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION TO EXTEND TIME - 2