UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARLEN LEE LOPEZ,

        Plaintiff,

  v.

SKAGIT COUNTY, *et al*.

        Defendants.

Case No. C08-992-RSL

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' motion for summary judgment (Dkt. No. 40) is GRANTED.

(3)     Plaintiff's amended complaint is DISMISSED without prejudice with respect to his access to courts claims and with prejudice with respect to all remaining claims.

//

//

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Tsuchida.

DATED this 2nd day of March, 2010.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
Chief United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT